Attachment 2 - EEOC Complaint Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
__Austin__ DIVISION

FILED
22 DEC 21 PM 12:10
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___CR___
DEPUTY CLERK

__Mario Carvajal__

(Name of plaintiff or plaintiffs)

v.

__Applied Materials__

(Name of defendant or defendants)

Civil Action Number: __1:22CV01340 LY__
(Supplied by Clerk's Office)

## COMPLAINT

1. This action is brought by __Mario Carvajal__, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant __Applied Materials__ (Defendant's name) lives at, or its business is located at __9700 US 290 East__ (street address), __Austin__ (city), __TX__ (state), __78724__ (zip).

Rev. Ed. October 26, 2017

28

3a.  Plaintiff sought employment from the defendant or was employed by the defendant at __9700 US 290 East__ (street address), (city), __Austin, TX__ (state), __78724__ (zip).

3b.  At all relevant times of claim of discrimination, Defendant employed _____ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.  Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about __March__ (month) __1__ (day) __2021__ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: __March 1st - 7th__

5.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about __September__ (month) __13__ (day) __2021__ (year). (Not applicable to federal civil service employees).

6a.  The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) __10/4__ (day) __2022__ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.  Please indicate below if the E.E.O.C issued a **Determination** in your case:

[X] Yes
[ ] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.  Because of plaintiff's:

**(Please select the applicable allegation(s))**

[X] Race (If applicable, state race) _____

[X] Color (If applicable, state color) __Black / Brown__

[X] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[ ] Disability (If applicable, state disability) _____

[X] Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) _Termination_

The defendant:   **(please select all that apply)**

[X] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[X] failed to promote plaintiff.

[ ] harassed plaintiff.

[X] other (specify) _Defamation \ filed false police reports_

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**   INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>, AND ANY <u>SPECIFIC COMMENTS</u> MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

_____

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

_____

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove: _Letters from EEOC explaining why I was terminated_

**30**

Rev. Ed. October 26, 2017

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[ ] still being committed by defendant.
[✗] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[✗] Defendant be directed to _____
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

12/21/22
Date

_[signature]_
Signature of Plaintiff

_[redacted]_ 1311 Julies Walk
Address of Plaintiff

Pflugerville   Tx   78660
City           State   Zip Code

Telephone Number(s)